[No. 47147-7-II.   Division Two.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN N. SALTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00410-9, Toni A. Sheldon, J., entered December 22, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 32861-9-III.   Division Three.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE S. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-03499-1, Maryann C. Moreno, J., entered March 31, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 30801-4-III.   Division Three.   January 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SIFA TIMAS TUTU, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00934-9, Vic L. VanderSchoor, J., entered April 13, 2012. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, J.; Siddoway, C.J., dissenting in part.

[No. 32543-1-III.   Division Three.   January 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FURR, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00007-2, Frances P. Chmelewski, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.